# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 424
:
APPOINTMENT TO THE MINOR COURT : MAGISTERIAL RULES DOCKET
RULES COMMITTEE :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2018, Magisterial District Judge James R. Edgcomb, Tioga County, is hereby appointed as a member of the Minor Court Rules Committee for a term of three years, commencing October 1, 2018.